UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MAYFLOWER ASSOCIATES<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY and DOES 1 to 10,<br><br>Defendants. | Case No. 3:13-CV-05855-EDL<br><br>**[PROPOSED] ORDER RE: [1] EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE, [2] CONTINUANCE OF HEARING ON HARTFORD CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF MAYFLOWER ASSOCIATES' FIRST AMENDED COMPLAINT, [3] CONTINUANCE OF THE PARTIES' LAST DAY TO FILE A RULE 26(f) REPORT, AND [4] CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered the stipulation between plaintiff Mayflower Associates ("Plaintiff") and defendant Hartford Casualty Insurance Company, erroneously sued as Hartford Insurance Company ("Hartford") (collectively, the "Parties"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Parties shall file their Rule 26(f) Report no later than April 30, 2014.

2. The Initial Case Management Conference shall be continued to May  27  , 2014 at  9:00  A.M. in  Courtroom E, 450 Golden Gate Ave., San Francisco  California. A joint CMC statement shall be due May 20, 2014.

3. The hearing on Hartford's Motion to Dismiss Plaintiff's First Amended Complaint shall be continued to May 27, 2014 at  9:00  A.M. in  same 

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 3 -

CASE NO. 3:13-CV-05855-EDL
STIPULATION RE: EARLY SETTLEMENT
CONFERENCE AND CONTINUANCES

California.

Dated: February 27, 2014

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 4 -

CASE NO. 3:13-CV-05855-EDL
STIPULATION RE: EARLY SETTLEMENT
CONFERENCE AND CONTINUANCES