UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYFLOWER ASSOCIATES

        Plaintiff(s),

    v.

HARTFORD INS CO

        Defendant(s).

                             /

No. C-13-05855 (EDL)

NOTICE OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for May 27, 2014 at 9:00 AM  in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 17, 2014 at 10:00 AM.  The deadline to submit a joint case management conference statement is extended to June 10, 2014.

Dated: May 8, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

United States District Court

For the Northern District of California